## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF WISCONSIN

CARLOS LINDSEY,

      Plaintiff,

                                        Case No.  19-cv-70-jdp

  v.

TRACY MARTIN AND JOANNE GOVIER,

      Defendants.

---

## JUDGMENT IN A CIVIL CASE

---

      IT IS ORDERED AND ADJUDGED that judgment is entered in favor of defendants dismissing this case.


| /s/ | 02/15/2019 |
|---|---|
| Peter Oppeneer, Clerk of Court | Date |